IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

DENISE R.,

                Plaintiff,

v.                                          CIVIL ACTION NO.  2:25-cv-00083

FRANK BISIGNANO,
Commissioner of Social Security

                Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On June 12, 2025, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations, [ECF No. 8] ("PF&R"), and recommended that the court **DENY** Plaintiff's request for remand, **GRANT** the Commissioner's request to affirm the decision, **AFFIRM** the final decision of the Commissioner, and **DISMISS** this matter. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** Plaintiff's request for remand, **GRANTS** the Commissioner's request to affirm the decision, **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:      October 2, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE